**08CV1731
JUDGE ZAGEL
MAG. JUDGE DENLOW**

RECEIVED
MAR 25 2008 aew
3-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America

vs.

Kuwandis Davis

United States District Court
Northern District of Illinois

Honorable Judge Zagel
CASE # 06CR5265
06 CR 526-5

Motion for Return of personal property

Here comes the Defendant Kuwandis Davis pro-se moves the Honorable Court to order all Documents seized from Defendant on July 27, 2006 on consensual searches permitted by Defendant on properties located at 7333 S. Phillips Chgo IL 60649, 7040 S. Emerald Chgo IL 60621, and 512 S. Cicero Chgo IL 60644. The criminal case was resolved yet documents weren't returned. The documents didn't aid the government in its prosecution. I'd written the United States Attorney's office explaining my need for the return of my documents. I have three Civil cases pending two in Federal Court and one in the Circuit Court of County in which I need pertinent documents to assist in my complaint on the two Federal cases and in my defence on the case in the Circuit Court of Cook County. Depriving me of my personal property's creating tremendous legal problems. Before my present problem in the Circuit Court of Cook County case #CH24987 Again case # Ch.24987 I made several attempts to get my property returned. Before me and my attorney of record amicable relationship ended due to the case ending made several phone calls in reference to my property being returned. After the case was over I made a legal call to the United States Attorney's office about my property but yielded any positive results. Items seized are income tax returns 1997-2005 some years were just prepared and were about to be sent to the Internal Revenue Service. Business returns as well. Business since the birth of my food service business. Business records for a construction company I owned, canceled checks, business contracts, proof of payments given to an attorney in a current legal case I have before the court. Also pertinent documents from the Internal Revenue Service that can ultimately assist

me in issues I have. Having a legitimate defense is pertinent in a legal matters and valid complaint is also pertinent. Being deprived of that right is injustice deprivization of personal property has merit and support under the federal rules of Criminal procedures under Rule 41 There fore I ask the Court to grant my Motion for the return of my personal property and an emergency stay in current legal judgements Against The Defendant to resolve pending legal matters.

Respectfully Submitted

Kuwandie Davis

March, 20, 2008

I SWEAR UNDER the laws of PERJURY I SENT A COPY TO United States Attorney Northern District of Illinois located At 219 S. Dearborn FFFth FloOR Chicago, Illinois 60604

*[signature]*