**PRISONER CASE**

R 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** KUWANDIS DAVIS | **Defendant(s):** UNITED STATES OF AMERICA |
| **County of Residence:** US, Outside the State of IL | **County of Residence:** |
| **Plaintiff's Address:**<br>Kuwandis Davis<br>#18880-424<br>Milan - FCI<br>P.O. Box 1000<br>Milan, MI 48160 | **Defendant's Attorney:**<br>AUSA<br>United States Attorney's Office<br>219 South Dearborn<br>Chicago, IL 60604 |

FILED
3-25-2008
MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV1731**
**JUDGE ZAGEL**
**MAG. JUDGE DENLOW**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1355

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham  **Date:** 03/25/2008

Zagel  06CR526-5
Denlow