

United States District Court
Northern District of Illinois

Kuwandis Davis

vs.

United States of America

Case Number 08C1731 (06Cr0526)

Judge James Zagel

FILED
APR - 7 2008
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Here comes the complainant before the Honorable Court and before Judge James Zagel requesting that the Court order the Filing Fee Deducted Directly From my Inmate Trust Fund Also if its in the Judges Discretion to have it Deducted From my Monthly Income the Money I Have is approximately the same Money I had when I was sentenced aside from Money sent to me to cover expenses for Court Filing Fees. My Reason for asking of this request is that I'm saving Money to help combat legal issues I have and to further assist in legal Matters Concerning Case Number CH 24987 which is My primary reason for Filing this Motion before the Court under Case Number 08C1731(06Cr0526) There is an extremely long process to get Money sent to the Courts six to eight weeks according to the last order given by Judge Der-Yeghiayan which resulted in Multiple Dismissals in two Civil Suits Filed under 08C0230 and 07C0268 Furthermore I'm asking the Court to grant this petition so it will not have any Detriment on the Current Case so it can proceed smoothly

Respectfully Submitted

Kuwandis Davis
Kuwandis Davis