## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1731 (06 CR 0526) | **DATE** | 5/27/2008 |
| **CASE TITLE** | Kuwandis Davis (#18880-424) vs. United States of America | | |

**DOCKET ENTRY TEXT:**

The government is directed to answer or otherwise respond to the petitioner/defendant's motion for the return of seized property [#1] by 6/17/2008. The clerk is directed to mail the petitioner a copy of the court's filing instructions along with a copy of this order.

■ [**For further details see text below.**]      Docketing to mail notices.

### STATEMENT

      The petitioner/defendant, a federal prisoner, has filed a motion for the return of seized property (personal, legal and business documents) pursuant to Fed. R. Crim. P. 41(e). The petitioner contends that the documents in question did not aid the government in its prosecution, that the criminal case has been resolved, and that the government nevertheless refuses to return the documents. The petitioner has paid the miscellaneous filing fee as directed.

      The government is directed to answer or otherwise respond to the motion within twenty-one days of the date of this order.

      The petitioner is instructed to file all papers concerning this action with the clerk of court in care of the Prisoner Correspondent. The petitioner must provide the court with the original plus a judge's copy of every document filed. In addition, the petitioner must send an exact copy of any filing to the Assistant U.S. Attorney assigned to this case. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be stricken by the court without being considered.

mjm